[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-12306

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 22, 2011
JOHN LEY
CLERK

D.C. Docket No. 1:09-cv-00147-WS-N

LARRY A. ODOM, SR.,

Plaintiff - Counter -
Defendant - Appellant,

JUDY ODOM,

Plaintiff - Appellant,

versus

SOUTHEAST SUPPLY HEADER, LLC,

Defendant - Counter -
Claimant - Appellee.

_____

No. 10-12610

_____

D.C. Docket No. 1:09-cv-00147-WS-N

LARRY A. ODOM, SR.,
JUDY ODOM,

versus

SOUTHEAST SUPPLY HEADER, LLC,

Defendant - Appellant.

_____

Appeals from the United States District Court
for the Southern District of Alabama
_____

(March 22, 2011)

Before CARNES and PRYOR, Circuit Judges, and SEITZ,[*] District Judge.

PER CURIAM:

Larry and Judy Odom appeal from the district court's judgment for Southeast Supply Header, LLC, but only insofar as it reformed the grant of easement between the parties. Southeast Supply cross-appeals from the district court's judgment in favor of the Odoms on its counterclaim for abuse of process.

Having read the briefs, studied the relevant parts of the record, and heard oral argument, we affirm the district court's judgment reforming the grant of easement, and its judgment on the abuse of process counterclaim on the basis of its

_____

[*]Honorable Patricia A. Seitz, United States District Judge for the Southern District of Florida, sitting by designation.

well-reasoned orders of December 9, 2009 and April 29, 2010.  To the thorough discussions in those two orders, we have nothing to add.

AFFIRMED.